■ CHARLES BROWNELL, Appellant-Respondent, v DOUGLAS THOMAS, JR., Respondent-Appellant. (Appeal No. 2.) [609 NYS2d 885] —Judgment unanimously affirmed without costs. Same Memorandum as in *Brownell v Thomas* (201 AD2d 872 [decided herewith]). (Appeals from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Negligence.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.